IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

ESKER MARTIN, III                                                                                       PLAINTIFF

v.                                         4:21-cv-00693-KGB-JJV

DOE                                                                                                       DEFENDANT

## PROPOSED FINDINGS AND RECOMMENDATIONS

### INSTRUCTIONS

The following recommended disposition has been sent to United States District Judge Kristine G. Baker. Any party may serve and file written objections to this recommendation. Objections should be specific and should include the factual or legal basis for the objection. If the objection is to a factual finding, specifically identify that finding and the evidence that supports your objection. Your objections must be received in the office of the United States District Court Clerk no later than fourteen days from the date of the findings and recommendations. Failure to file timely objections may result in waiver of the right to appeal questions of fact.

Mail your objections to:

Clerk, United States District Court
Eastern District of Arkansas
600 West Capitol Avenue, Suite A149
Little Rock, AR 72201-3325

### DISPOSITION

Esker Martin, III ("Plaintiff") filed a Complaint and Application to Proceed Without Prepayment of Fees ("Application") on August 2, 2021. (Doc. Nos. 1, 2.) That same day, I denied Plaintiff's Application as incomplete. (Doc. Nos. 1, 3.) I directed Plaintiff to submit

within thirty (30) days either the $402 filing fee[1] or a proper and complete Application to Proceed without Prepayment of Fees. (Doc. No. 3.) I cautioned Plaintiff that his failure to comply with my Order may result in the dismissal of his case without prejudice. (*Id.*)

On August 16, 2021, Plaintiff submitted a second Application. (Doc. No. 4.) Plaintiff's second Application was also incomplete. (*Id.*) On August 17, 2021, I denied Plaintiff's second Application and directed Plaintiff to submit within thirty (30) days either the $402 filing fee or a proper and complete Application to Proceed without Prepayment of Fees. (Doc. No. 6.)

More than thirty days have now passed from the entry of my August 17, 2021 Order. Plaintiff has failed to comply with or otherwise respond to the Order. Plaintiff was warned that such failure could result in a recommendation that this action be dismissed without prejudice pursuant to Local Rule 5.5(c)(2). (*Id.*)

IT IS, THEREFORE, RECOMMENDED that Plaintiff's Complaint (Doc. No. 2) be DISMISSED without prejudice, and that the Court certify, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from any Order adopting this Recommendation and the accompanying Judgment would not be taken in good faith.

DATED this 21st day of September 2021.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE

---

[1] Effective December 1, 2020, the cost for filing a new civil case is $402. The increase is due to a new $52 administrative fee, which does not apply to persons granted *in forma pauperis* status under 28 U.S.C. § 1915.