IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ESKER MARTIN, III**                                                                              **PLAINTIFF**

v.                         Case No. 4:21-cv-00693-KGB-JJV

**DOE**                                                                                                  **DEFENDANT**

## ORDER

The Court has reviewed Proposed Findings and Recommendations submitted by United States Magistrate Judge Joe J. Volpe (Dkt. No. 7).  Plaintiff Esker Martin, III has not filed any objections, and the time for filing objections has passed.  After careful consideration, the Court concludes that the Proposed Findings and Recommendations should be, and hereby are, adopted in their entirety as this Court's findings in all respects (*Id.*).

The Court dismisses Mr. Martin's complaint without prejudice (Dkt. No. 2).  The Court also certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith.

It is so ordered this 17th day of January, 2023.

Kristine G. Baker
United States District Judge